UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, | ) )<br>) CASE NO. 1:18-cv-04670<br>) |
| Plaintiff, | ) HONORABLE JOHN ROBERT BLAKEY<br>) |
| vs. | )<br>) |
| JOHN DOE, et al. | )<br>) |
| Defendants. | )<br>) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that on August 16, 2018, at 9:45 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable John Robert Blakey, or any judge sitting in his stead, in Courtroom 1203 of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Chicago, IL 60604, and then and there present *PLAINTIFF HP TUNERS, LLC'S MOTION TO INITIATE DISCOVERY PRIOR TO THE RULE 26(f) CONFERENCE*.

Dated this 10th day of August, 2018

RESPECTFULLY SUBMITTED,

**HP TUNERS, LLC**

By: */s/ Trevor* J. Illes
    Kal K. Shah
    Trevor J. Illes
    BENESCH, FRIEDLANDER, COPLAN
      & ARONOFF
    333 West Wacker Drive, Suite 2900
    Chicago, IL 60606
    P: 312.212.4949
    F: 312.767.9192
    kshah@beneschlaw.com
    tilles@beneschlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2018, a copy of the foregoing *Notice of Motion* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Trevor J. Illes*
Trevor J. Illes
*Attorney for Plaintiff HP Tuners, LLC*