## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

HP Tuners, LLC

                    Plaintiff,

v.                                                  Case No.: 1:18–cv–04670
                                                    Honorable John Robert Blakey

John Doe, et al.

                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 13, 2018:

      MINUTE entry before the Honorable John Robert Blakey: Plaintiff's motion to initiate discovery prior to the Rule 26(f) conference [10] is granted. Such early discovery is generally allowed only under limited circumstances. See, e.g., Fed. R. Civ. P. 26(d); Dallas Buyers Club, LLC v. Does 1–28, No. 14 C 4927, 2014 WL 3642163, at *2 (N.D. Ill. July 22, 2014). Here, the Court finds that good cause exists to allow Plaintiff to obtain discovery prior to the conference. Plaintiff may cause to be issued subpoenas to the ISP(s) that provided internet service to the defendants to obtain information regarding the defendants' identities. This order is without prejudice to the Defendants or ISPs moving to quash the subpoena on any available ground. The 8/16/18 Notice of Motion date is stricken, and the parties need not appear. Additionally, the initial status conference previously set for 8/23/18 is stricken and reset for 9/27/18 at 9:45 a.m. in Courtroom 1203. The parties shall file an initial status report by 9/17/18 using the model template set forth in this Court's standing order regarding Initial (or Reassignment) Status Conferences. Failure by any party to file the status report by the requisite deadline (either jointly or, if necessary, individually with an explanation as to why a joint report could not be filed) may result in a summary dismissal of the case for failure to prosecute, or an entry of default against any served defendant(s) failing to comply with this order. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.