UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

HP Tuners, LLC
        Plaintiff,

v.              Case No.: 1:18−cv−04670
              Honorable John Robert Blakey

John Doe, et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 2, 2019:

   MINUTE entry before the Honorable John Robert Blakey: The Court is in receipt of Defendant's motion to dismiss [37]. Plaintiff is advised to review the Courts standing order on Motions to Dismiss, which is available on the Courts homepage at www.ilnd.uscourts.gov. The Court's Order requires Plaintiff to make an election as to whether he/she will amend the complaint or stand on the current complaint and proceed with briefing on the motion to dismiss. Defendant's motion to dismiss [37] is set for 4/4/2019. Plaintiff shall be prepared to make an election regarding Defendant's motion to dismiss at the next hearing. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.