**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

HP Tuners, LLC

              Plaintiff,

v.                                    Case No.: 1:18−cv−04670
                                      Honorable John Robert Blakey

John Doe, et al.

              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 3, 2019:

      MINUTE entry before the Honorable John Robert Blakey: Based upon the representation of the parties, Plaintiff elects to amend his complaint. Any amended complaint shall be filed on or before 4/18/2019. Defendant's motion to dismiss [37] is denied without prejudice. Motion hearing set for 4/4/2019 is stricken. Case management conference previously set for 4/9/2019 is reset for 5/2/2019 at 10:15 a.m. in Courtroom 1203. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.