UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> DEVIN JOHNSON, et al, <br><br> Defendants. | Civil Action No. 1:18-cv-04670 <br><br> Hon. John Robert Blakey <br> Magistrate Judge M. David Weisman |

**LPE ASSETS LLC'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE FOURTH AMENDED COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant LPE Assets, LLC ("LPE") respectfully requests that the Court grant an extension of time to and including June 3, 2019 to answer or otherwise respond to Plaintiffs' Fourth Amended Complaint. In support of this motion, LPE states as follows:

1. On or about March 5, 2019, Plaintiff filed a Third Amended Complaint that named LPE as a Defendant. (DKT # 29.)

2. On or about March 7, 2019, LPE was served with a copy of the Third Amended Complaint.

3. On March 28, 2019, LPE filed a motion for dismiss the Third Amended Complaint. (Dkt. # 37.)

4. On April 3, 2019, the Court granted Plaintiff leave to file a Fourth Amended Complaint.

5. On April 18, 2019, Plaintiff filed its Fourth Amended Complaint. (Dkt. # 42.) LPE was served with a copy of the Fourth Amended Complaint through the CM/ECF system.

1

6. Pursuant to Federal Rule of Civil Procedure 15(a)(3), LPE's response to the Fourth Amended Complaint is due May 2, 2019.

7. LPE seeks an extension of time to and including June 3, 2019 to answer or otherwise respond to the Fourth Amended Complaint.

8. Good cause exists for the requested extension of time, and the request is made in faith and not for purposes of delay.

9. Counsel for LPE has conferred with counsel for Plaintiff about this request for an extension of time. Plaintiff has no objection to the requested extension.

WHEREFORE, for the reasons set forth above, LPE Assets, LLC respectfully requests that the Court grant its unopposed motion and enter an order allowing it to and including June 3, 2019 to answer or otherwise respond to the Fourth Amended Complaint.

Dated: April 30, 2019

Respectfully submitted,

By: /s/ Michael J. Grant
Counsel for Defendant LPE Assets, LLC

Michael J. Grant, ARDC #6275028
Tabet DiVito & Rothstein LLC
209 South LaSalle Street, 7th Floor
Chicago, IL 60605
(312) 762-9464
mgrant@tdrlawfirm.com

Steven T. Buquicchio, ARDC #90785224
Varnum, Riddering, Schmidt & Howlett LLP
333 Bridge Street, N.W.
Grand Rapids, MI 49504
(616) 336-6000
stbuquicchio@varnumlaw.com