## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>DEVIN JOHNSON, et al,<br><br>    Defendants. | Civil Action No. 1:18-cv-04670<br><br>Hon. John Robert Blakey<br>Magistrate Judge M. David Weisman |

## NOTICE OF MOTION

To:   *All Counsel of Record*

    Please take notice that on Tuesday, **June 25, 2019** at **9:45 a.m.** or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable John Robert Blakey or any judge sitting in his stead, in Room 1203, the courtroom usually occupied by him at the Everett McKinley Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and then and there present **LPE ASSETS LLC'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE FOURTH AMENDED COMPLAINT**, a copy of which is attached hereto and served upon you.

| | |
|---|---|
| Dated: June 19, 2019 | Respectfully submitted, |
| Michael J. Grant, ARDC #6275028<br>Tabet DiVito & Rothstein LLC<br>209 South LaSalle Street, 7th Floor<br>Chicago, IL 60605<br>(312) 762-9464<br>mgrant@tdrlawfirm.com<br><br>Steven T. Buquicchio, ARDC #90785224<br>Varnum, Riddering, Schmidt & Howlett LLP<br>333 Bridge Street, N.W.<br>Grand Rapids, MI 49504<br>(616) 336-6000<br>stbuquicchio@varnumlaw.com | By:  /s/ Michael J. Grant<br>Counsel for Defendant LPE Assets, LLC |

## **CERTIFICATE OF SERVICE**

I certify that today, June 19, 2019, I electronically filed the foregoing **NOTICE OF MOTION** and **LPE ASSETS LLC'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE FOURTH AMENDED COMPLAINT** using this Court's ECF system. Counsel of record for all parties will be served by this Court's ECF system.

By: /s/ Michael J. Grant