UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, | ) ) ) |
| Plaintiff, | ) Civil Action No. 1:18-cv-04670 ) |
| vs. | ) Hon. John R. Blakey ) |
| DEVIN JOHNSON, et al, | ) Magistrate Judge M. David Weisman ) |
| Defendants. | ) |

## **RULE 55 MOTION FOR ENTRY OF DEFAULT AGAINST DEVIN JOHNSON**

NOW COMES the Plaintiff, HP TUNERS, LLC ("HPT"), by one of its attorneys, LOWELL JACOBSON, of Benesch, Friedlander, Coplan & Aronoff, LLP, and in support of its Motion for Entry of Default pursuant to Federal Rule of Civil Procedure 55, states as follows:

1. On April 18, 2019 HPT filed a Fourth Amended Complaint that named Devin Johnson ("Johnson") as a Defendant.

2. Johnson was duly served with a copy of the Fourth Amended Complaint and Summons on May 1, 2019 via Private Process Server, as set forth in the attached Affidavit of Service.

3. More than twenty one (21) days have elapsed since Johnson was served, and he has failed to answer, plead, or otherwise defend any allegations of Plaintiff's Complaint.

4. Johnson's failure to defend and deny the allegations of Plaintiff's Complaint results in those allegations being admitted and Plaintiff therefore moves the Court for the entry of default against Devin Johnson.

5. Plaintiff seeks statutory damages for each act of infringement, which will be calculated by the Clerk of the Court at the Plaintiff's request, or the Honorable Judge presiding over this case.

WHEREFORE, the Plaintiff respectfully requests that this Court enter an Order of Default, based on the Affidavit of Lowell D. Jacobson, counsel for the Plaintiff, filed concurrently with this motion.

| | |
|---|---|
| Dated this 9th day of July, 2019 | RESPECTFULLY SUBMITTED,<br>**HP TUNERS, LLC** |

By: _/s/ Lowell D. Jacobson_
Kal K. Shah
Lowell D. Jacobson
Trevor J. Illes
BENESCH FRIEDLANDER COPLAN &
 ARONOFF, LLP
333 West Wacker Drive, Suite 1900
Chicago, Illinois 60606
P: 312.212.4949
F: 312.767.9192
kshah@beneschlaw.com
ljacobson@beneschlaw.com
tilles@beneschlaw.com

Andrew P. Bleiman
MARKS & KLEIN
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
P: 312.206.5162
andrew@marksklein.com

*Attorneys for HP Tuners, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2019, a copy of ***Rule 55 Motion for Entry of Default Against Devin Johnson*** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's CM/ECF system.

The following counsel will be served via E-Mail and U.S. Mail:

> Joseph C. "Tripp" Peake, III
> Shires Peake & Gottlieb, LLC
> 284 N. Main Street
> Alpharetta, Georgia 30009
> jpeake@spgattoneys.com

The foregoing document will be served on the following parties via U.S. Mail:

> Devin Johnson
> 348 S. 43rd Street
> Springfield, Oregon 97478
>
> Jason Singleton
> 3116 Davis Avenue
> Granite City, IL 62040

                                                                 /s/ Lowell D. Jacobson