## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

HP Tuners, LLC

                        Plaintiff,

v.                                     Case No.: 1:18−cv−04670

                                            Honorable John Robert Blakey

John Doe, et al.

                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 10, 2019:

      MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 9/10/2019. Plaintiff's motion to authorize disclosure by Comcast Corporation [78] is granted. The 9/18/2019 status hearing stands. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.