UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, | ) ) ) |
| *Plaintiff*, | ) Civil Action No. 1:18-cv-04670 ) |
| vs. | ) Hon. Steven C. Seeger ) |
| DEVIN JOHNSON, et al, | ) Magistrate Judge M. David Weisman ) |
| *Defendants*. | ) |

**HP TUNERS LLC'S NOTICE OF DISMISSAL OF
DEFENDANT VENGEANCE PCM LLC d/b/a VENGEANCE RACING**

Plaintiff HP TUNERS, LLC ("HPT"), by and through its counsel hereby respectfully provides notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) of its dismissal of Defendant Vengeance PCM LLC d/b/a Vengeance Racing ("Vengeance") from this case pursuant to settlement of HPT's claims against Vengeance.

Such dismissal shall be with prejudice, with each side to bear its own costs and fees.

Dated this 16th day of September, 2019    RESPECTFULLY SUBMITTED,

                                            **HP TUNERS, LLC**

                                            By: /s/ Lowell D. Jacobson
                                                  Kal K. Shah
                                                  Lowell D. Jacobson
                                                  Trevor J. Illes
                                                  BENESCH FRIEDLANDER COPLAN &
                                                    ARONOFF, LLP
                                                  71 South Wacker Dr., Suite 1600
                                                  Chicago, Illinois 60606
                                                  P: 312.212.4949
                                                  F: 312.767.9192
                                                  kshah@beneschlaw.com
                                                  ljacobson@beneschlaw.com
                                                  tilles@beneschlaw.com

Andrew P. Bleiman
MARKS & KLEIN
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
P: 312.206.5162
andrew@marksklein.com

*Attorneys for HP Tuners, LLC*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 19, 2019, a copy of ***HP TUNERS LLC'S NOTICE OF DISMISSAL OF DEFENDANT VENGEANCE PCM LLC d/b/a VENGEANCE RACING*** was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's CM/ECF system.

The following counsel will be served via E-Mail and U.S. Mail:

> Joseph C. "Tripp" Peake, III
> Shires Peake & Gottlieb, LLC
> 284 N. Main Street
> Alpharetta, Georgia 30009
> jpeake@spgattoneys.com

The foregoing document will be served on the following parties via U.S. Mail:

> Jason Singleton
> 3116 Davis Avenue
> Granite City, IL 62040
>
> Devin Johnson
> 348 S. 43rd Street
> Springfield, Oregon 97478

                */s/ Lowell D. Jacobson*