# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

HP Tuners, LLC

                        Plaintiff,

v.

John Doe, et al.

                        Defendant.

Case No.: 1:18−cv−04670
Honorable Steven C. Seeger

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 21, 2019:

    MINUTE entry before the Honorable Steven C. Seeger: Docket entry [90] was entered in error and is stricken from the docket. Pursuant to the notice of voluntary dismissal (Dckt. No. [89]), the defendant LPE Assets, LLC is dismissed with prejudice. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.