UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, | ) ) ) |
| *Plaintiff*, | ) Civil Action No. 1:18-cv-04670 ) |
| vs. | ) Hon. Steven C. Seeger ) |
| DEVIN JOHNSON, et al, | ) Magistrate Judge M. David Weisman ) |
| *Defendants*. | ) |

**HP TUNERS LLC'S NOTICE OF DISMISSAL OF DEFENDANT JASON SINGLETON**

Plaintiff HP TUNERS, LLC ("HPT"), by and through its counsel, hereby respectfully provides notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) of its dismissal of Defendant Jason Singleton ("Singleton") from this case pursuant to settlement of HPT's claims against Singleton. Such dismissal shall be <u>with</u> prejudice, with each side to bear its own costs and fees.

This case remains active with regard to Defendant Devin Johnson, who is in default. (*See* Dkt. 69.)

Dated this January 6, 2020

RESPECTFULLY SUBMITTED,

**HP TUNERS, LLC**

By: /s/ Lowell D. Jacobson
Kal K. Shah
Lowell D. Jacobson
Trevor J. Illes
BENESCH FRIEDLANDER COPLAN &
 ARONOFF, LLP
71 South Wacker Dr., Suite 1600
Chicago, Illinois 60606

1

P: 312.212.4949
F: 312.767.9192
kshah@beneschlaw.com
ljacobson@beneschlaw.com
tilles@beneschlaw.com

Andrew P. Bleiman
MARKS & KLEIN
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
P: 312.206.5162
andrew@marksklein.com

*Attorneys for HP Tuners, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2020, a copy of ***HP TUNERS LLC'S NOTICE OF DISMISSAL OF DEFENDANT JASON SINGLETON*** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's CM/ECF system.

The foregoing document will be served on the following parties via U.S. Mail:

Jason Singleton
3116 Davis Avenue
Granite City, IL 62040

Devin Johnson
348 S. 43rd Street
Springfield, Oregon 97478

                                                       /s/ Lowell D. Jacobson