# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

HP Tuners, LLC

                Plaintiff,

v.                                               Case No.: 1:18−cv−04670
                                               Honorable Steven C. Seeger

John Doe, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 7, 2020:

      MINUTE entry before the Honorable Steven C. Seeger: Status hearing held on January 7, 2020. Defendants failed to appear. The Court's docket reflects that Defendants Jennifer Sykes−Bonnett, Vengeance PCM LLC, LPE Assets, LLC, and Jason Singleton have been dismissed. On July 18, 2019, the Court entered default under Rule 55(a) against Devin Johnson, who is the last remaining Defendant. Plaintiff intends to file a motion for a default judgment under Rule 55(b) against Defendant Johnson, and the Court and counsel discussed the timing of the upcoming motion. Plaintiff's counsel will update the Court on the anticipated timing of its motion for a default judgment against Defendant Johnson by the next status hearing. Status hearing set for January 21, 2020 at 9:00 a.m. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.