## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

HP Tuners, LLC

              Plaintiff,

v.

              Case No.: 1:18−cv−04670

              Honorable Steven C. Seeger

John Doe, et al.

              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 21, 2020:

      MINUTE entry before the Honorable Steven C. Seeger: Status hearing held on January 21, 2020. Defendant failed to appear. Plaintiff shall file a motion for default judgment by February 11, 2020. Plaintiff shall serve the Defendant and file a certificate of service on the Court's docket that includes confirmation of delivery. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.