**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

HP Tuners, LLC
                                Plaintiff,

v.                                                       Case No.: 1:18–cv–04670
                                                                 Honorable Steven C. Seeger

Devin Johnson, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 2, 2020:

      MINUTE entry before the Honorable Steven C. Seeger: Motion hearing held on March 2, 2020. For the reasons explained at the hearing, Plaintiff's Motion for Default Judgment Against Defendant Devin Johnson (Dckt. No. [98]) is hereby granted. The Court directs plaintiff's counsel to submit the following. First, counsel must submit a Word version of a proposed final judgment order to the Court's proposed order inbox: proposed_order_seeger@ilnd.uscourts.gov. The proposed judgment must be complete, including the specific amounts of monetary relief. Second, counsel must submit a Word version of a preliminary injunction order to the Court's proposed order inbox. The draft injunction order must comply with Rule 65, and must be on a "separate document" as required by the Seventh Circuit. Counsel reported that plaintiff was unable to identify the true identities of the John Doe defendants. By agreement, the Court dismisses all John Doe defendants without prejudice. Final Judgment Order to follow. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.