# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, ) ) ) | |
| Plaintiff, ) | Civil Action No. 1:18-cv-04670 |
| ) v. ) | Hon. Steven C. Seeger |
| ) DEVIN JOHNSON, et al., ) | Magistrate Judge M. David Weisman |
| ) Defendants. ) | |

## FINAL JUDGMENT ORDER

This Court granted Plaintiff's Motion for Entry of Default Against Defendant Devin Johnson under Rule 55(a) on July 18, 2019. *See* Dkt. Nos. 62, 69. Plaintiff later filed a Motion for Default Judgment Against Defendant Devin Johnson under Rule 55(b) on February 11, 2020, which this Court granted on March 2, 2020. *See* Dkt. Nos. 98, 103. This Court considered Plaintiff's submissions, including the supplemental submission regarding reasonable attorneys' fees and costs. *See* Dkt. 101.

The Court hereby enters final judgment against Defendant Devin Johnson, and orders him to pay the following to Plaintiff HP Tuners, LLC:

- $150,000 in statutory damages for 60 acts of circumvention under the DMCA;

- $69,200 in losses attributable to Johnson's unfair competition and/or tortious interference with HPT's current and prospective economic relationships;

- $52,053.61 in reasonable attorneys' fees and costs, as set forth in Dkt. 101; and

- $36,037.19 in pre-judgment interest (compounded monthly) on the above, at a rate of 5% pursuant to 815 ILCS 205/2, from August 30, 2017 through March 2, 2020.

Adding those amounts together, this Court orders Defendant Devin Johnson to pay $307,290.80 to Plaintiff HP Tuners, LLC. Post-judgment interest will accrue under 28 U.S.C. § 1961(a).

An order on injunctive relief against Defendant Johnson will issue separately.

By agreement, Plaintiff's claims against the remaining John Doe Defendants are dismissed without prejudice.

IT IS SO ORDERED.

Date: March 10, 2020

Steven C. Seeger
United States District Judge